USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHELLE ROACH,                              :    06 Civ. 4727 (SHS)
                                             :    OPINION & ORDER
                 Plaintiff,           :
                                             :
             -against-                       :
                                             :
REUTERS AMERICA, INC.                        :
                                             :
                 Defendant.           :
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      For the reasons set forth on the record at a conference today at which both parties were represented by counsel, it is hereby ORDERED that:

      Defendant's motion to dismiss is denied. The last day for discovery shall be April 27, 2007. The parties shall appear for a conference in Courtroom 23A, 500 Pearl Street, New York, NY 10007 on March 9, 2007 at 10 a.m.

Dated: December 29, 2006
       New York New York

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.